49D03-1809-CT-035666
Marion Superior Court, Civil Division 3
Filed: 9/6/2018 11:42 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
| | ) | |
| | ) | CAUSE NO. |
| COUNTY OF MARION | ) | |
| | ) | |
| JONIECE BROOKS and JAYDEN BOND, PLAINTIFFS, VS. | ) | COMPLAINT FOR DAMAGES |
| | ) | |
| FISHERS HIGH SCHOOL, HAMILTON SOUTHEASTERN SCHOOL CORPORATION, aka, HAMILTON SOUTHEASTERN SCHOOL DISTRICT, aka, HAMILTON SOUTHEASTERN SCHOOLS, RICK WIMMER, DEFENDANTS. | ) | |

## SECTION I
## JURISDICTION

1. Come now the Plaintiffs, by counsel Richard A. Jones pursuant to Indiana Common and Tort Law and 42 U.S.C. § 1983.

## SECTION II

## PARTIES AND THEIR RELATIONSHIP TO STATE

2. Plaintiff Joniece Brooks is an African-American female and the mother of Plaintiff Jayden Bond, and Jayden Bond is an African-American student at Defendant Fishers High School, which is governed by Defendant Hamilton Southeastern School District, which is licensed by the State of Indiana. During all relevant times, Defendant Rick Wimmer was employed as a teacher and Head Football Coach for Fishers High School.

Wimmer was licensed by the State to teach and was acting under the authority or color of state law and within the scope of his employment. All Defendants are licensed by the State of Indiana, Department of Education.

**Exhibit A**

## SECTION III

## ADMINISTRATIVE PROCEDURES

The Plaintiffs have filed with the appropriate government agencies and served upon the Defendants Notice of Plaintiffs' intent to seek damages as a result of wrongful conduct in compliance with IC 34-13-3-8.

## SECTION IV

## NATURE OF THE CASE

The Defendants violated and deprived the Plaintiffs of their constitutional right to equal protection under the law, due process and civil rights and harmed the Plaintiffs by their negligent conduct by subjecting Jayden Bond to the Defendants' unconstitutional practice, policy, and custom and by failing to properly train, failing to properly supervise and wrongfully retaining a poorly trained employee by the name of Rick Wimmer. That failure to train amounted to deliberate indifference to an obvious need for such training, and Defendants knew or should have known that it was likely the failure to train would result in Wimmer making a wrong decision for discipline for tardiness and bullying. The Defendants violated and deprived Plaintiffs of their constitutional right to equal protection under the law, due process and civil rights by subjecting Jayden Bond to arbitrary and racially discriminatory discipline which violated school official policy for entering a class tardy. Additionally, the Defendants violated and deprived Plaintiffs of their constitutional right to equal protection under the law, due process and civil rights by failing to protect Jayden Bond from bullying and failing to enforce Section 17 of the school's discipline policy for bullying of Jayden Bond by students.

**SECTION V**

**STATEMENT OF FACTS**

1. At about 1:15 p.m. on or about September 13, 2016, Jayden Bond, while attending Fishers High School located at 13000 Promise Rd., Fishers IN 46038 as a lawfully enrolled student, entered the weight lifting area of the gym properly dressed in gym attire about one minute after the tardy bell. Upon entering the weight lifting area, Rick Wimmer, a licensed teacher working at Fishers High School as a teacher on the day and time Jayden Bond entered the weight lifting area of the gym, without permission and without legal authority, knowingly and intentionally touched Jayden Bond in a rude, insolent or angry manner causing short-term pain to Bond's body and long-term emotional distress and emotional pain as a result of the illegal physical assault by Rick Wimmer.
2. Rick Wimmer's attack was triggered by Jayden Bond arriving to class after the tardy bell sounded.
3. Also, due to Jayden Bond's tardiness incident, Rick Wimmer kicked Jayden Bond off the football team and threatened to not give Jayden Bond credit to which Jayden Bond was entitled to for the day.
4. Rick Wimmer was placed on some kind of paid administrative leave while the incident was being investigated.
5. Rick Wimmer was a popular football coach, and students blamed Jayden Bond for Rick Wimmer being placed on administrative leave; also, members of the student body began bullying Jayden Bond to show support for Rick Wimmer.
6. Both Plaintiffs reported detailed facts regarding the bullying and were promised that appropriate disciplinary action would be taken.

7. The bullying continued and Jayden Bond was forced to withdraw from school for his safety because the administration failed to take appropriate steps to protect Jayden Bond from the bullying.
8. Fishers High School and Hamilton Southeastern Schools failed to protect Jayden Bond from Rick Wimmer and they knew or should have known that Rick Wimmer presented a threat to the safety and welfare of Jayden Bond.
9. Rick Wimmer and Jayden Bond reported the assault to Fishers High School's officials and Joniece Brooks was notified. Rick Wimmer was placed on paid administrative leave and the assault was reported to the Fishers Police Department. No formal criminal charges have been filed by City or County officials.
10. Both Plaintiffs have suffered deep and lasting emotional pain and mental distress as a result of the assault against Bond by Rick Wimmer, a person in a position of trust and charged with the responsibility of protecting Jayden Bond while in the custody of Fishers High School for educational purposes.
11. The Plaintiffs have suffered damages for mental health medical treatment and pain and suffering and will continue to suffer emotional distress and emotional pain and continue to incur mental health costs from medical treatment caused by the assault on Jayden Bond by Rick Wimmer on or about September 13, 2016.

## SECTION VI
## CAUSE OF ACTION

## VIOLATION OF CIVIL RIGHTS, COUNTS 1 THROUGH III

## COUNT I.

12. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and allege as follows:

13. The Defendants conduct violated 42 U.S.C. § 1983 and deprived Plaintiffs of their constitutional right to equal protection under the law, due process and civil rights and harmed the Plaintiffs by their negligent conduct by subjecting Jayden Bond to the Defendants' unconstitutional practice, policy, and custom and arbitrary and racially discriminatory discipline which violated school official policy for entering a class tardy.

**COUNT II**

14. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and allege as follows:

15. The Defendants conduct violated 42 U.S.C. § 1983 and deprived Plaintiffs of their constitutional right to equal protection under the law, due process and civil rights and harmed the Plaintiffs by failing to properly train, failing to properly supervise and wrongfully retaining a poorly trained employee by the name of Rick Wimmer.

**COUNT III**

16. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and allege as follows:

17. The Defendants conduct violated 42 U.S.C. § 1983 and deprived Plaintiffs of their constitutional right to equal protection under the law, due process and civil rights by failing to protect Jayden Bond from bullying and failing to enforce Section 17 of the school's discipline policy for bullying of Jayden Bond by students.

**VIOLATION OF STATE RIGHTS COUNTS IV THROUGH COUNTS VIII**

**COUNT IV**

**NEGLIGENT TRAINING OF EMPLOYEE**

18. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and allege as follows:

19. All Defendants except Rick Wimmer had a duty to Plaintiffs to exercise reasonable care in training Rick Wimmer as an employee so Wimmer would know the standard for providing discipline for tardiness, taking of credit, and putting hands on students.

20. Defendants failed to exercise reasonable care in training and/or failed to train Wimmer properly, entirely or sufficiently.

21. Defendants either knew or should have known it was foreseeable that an incident of this type could occur given Wimmer's lack of training.

22. Defendants' failure to train proximately caused the injury to Plaintiffs complained of herein.

23. Plaintiffs suffered financial, physical and emotional and mental damages as a result of the injury Defendants' failure to train Wimmer caused.

**COUNT V**
**NEGLIGENT SUPERVISION OF EMPLOYEE**

24. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and allege as follows:

25. All Defendants except Rick Wimmer had a duty to Plaintiffs to provide the standard of supervision needed for Wimmer's lack of training when he is with students.

26. Defendants' either new or should have known it was foreseeable that an incident of this type could occur given Wimmer's lack of training.

27. Defendants' should have taken supervisory steps to prevent Wimmer from injuring Jayden Bond, but Defendants failed to take supervisory steps needed to prevent injury to Plaintiffs.

28. Defendants' failure to properly supervise Wimmer proximately caused the injury to Plaintiffs herein.

29. Plaintiffs suffered financial, physical and emotional and mental damages as a result of the injury Defendants' failure to supervise Wimmer caused.

**COUNT VI**
**NEGLIGENT RETENTION OF EMPLOYEE**

30. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and allege as follows:

31. All Defendants except Rick Wimmer had a duty to Plaintiffs to exercise reasonable care in training Wimmer as an employee of Defendants so Wimmer would know the proper standard.

32. Defendants failed to exercise reasonable care in training and/or failed to train Wimmer properly, entirely or sufficiently.

33. Defendants also had a duty to provide the standard of supervision needed for Wimmer's lack of training.

34. Defendants failure to properly exercise reasonable care by deciding to retain Wimmer proximately caused the injury to Plaintiffs complained of herein.

35. Plaintiffs suffered financial, physical and emotional and mental damages as a result of the injury Defendants' failure to exercise reasonable care by deciding to retain Wimmer.

**COUNT VII**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

36. Plaintiffs incorporate by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and alleges as follows:

37. Wimmer knew or should have known and it was foreseeable that the putting his hands on Jayden Bond the way he did could harm Jayden Bond's body and Bond's emotional health.

38. Wimmer knew or should have known and it was foreseeable that putting his hands on Jayden Bond would impact Bond's and Brook's mental and emotional health;

39. Wimmer's wrongful acts were the proximate and direct cause of the Plaintiff Bond's Mental and Emotional Distress, diminished self esteemed; diminished quality of life, and problems with the criminal justice system.

## COUNT VIII
## ASSAULT AND BATTERY

40. Plaintiffs incorporates by reference the allegations set forth in rhetorical paragraphs one (1) through eleven (11) and alleges as follows:

41. Wimmer touched Jayden Bond knowingly or intentionally in a rude, insolent, or angry manner without Bond's consent or legal authority to touch Bond in the manner he touched Bond for coming to class late.

42. Wimmer owed Jayden Bond a duty to resolve the incident without violence.

43. Wimmer breached that duty.

44. Wimmer knew or should have known and it was foreseeable that putting his hands on Jayden Bond in the manner he did would impact Bond's and Brook's mental and emotional health if not harm Bond physically.

45. Wimmer's wrongful acts were the proximate and direct cause of the Plaintiff Bond's Mental and Emotional Distress, diminished self esteemed; diminished quality of life, and problems with the criminal justice system.

WHEREFORE, the Plaintiffs pray the Court for the following relief:

(1) To award Plaintiffs with a monetary judgment sufficient to compensate Plaintiffs for the damages and injuries caused by Defendants negligent conduct complained of herein.

(2) Defendants to pay legal costs of the action and all other costs incurred as a direct and proximate cause of the Defendants' conduct complained of in these claims.

(3) Require Defendants to train its employees regarding proper standards for a student who comes to class tardy.

(4) Defendants to pay punitive damages.

(5) For all other relief just and proper in these premises.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury on all issues.

Respectfully submitted,

/s/Richard A. Jones
Richard A. Jones, Esq., 15200-49
Attorney for Joniece Brooks and Jayden Bond
7202 N. Shadeland Ave., Suite 214
Indianapolis, IN 46250
Ph: 317-845-9596
Fax: 317-845-9597
Email: Rajoneslaw08@aol.com

# 49D03-1809-CT-035666 SUMMONS

Marion Superior Court, Civil Division 3

Filed: 9/6/2018 11:42 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

JONIECE BROOKS

and JAYDEN BOND,

Plaintiffs,

—vs—

FISHERS HIGH SCHOOL, HAMILTON SOUTHEASTERN SCHOOL CORPORATION, aka, HAMILTON SOUTHEASTERN SCHOOL DISTRICT, aka, HAMILTON SOUTHEASTERN SCHOOLS, RICK WIMMER,

Defendants.

In the Marion Superior Court, Room No. ________

Cause No. ________

TO DEFENDANT: (Name) Rick Wimmer c/o Fishers High School

(Address) 13000 Promise Road
Fishers, IN 46038

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated 9/6/2018

Myla A. Eldridge (Seal)
Clerk, Marion Superior Court

**(The following manner of service of summons is hereby designated.)**

______ Registered or certified mail.

__X__ Service at place of employment, to-wit: Rick Wimmer Fishers High School, 13000 Promise Rd, Fishers, IN 46038

______ Service on individual — (Personal or copy) at above address.

______ Service on agent. (Specify) ________

______ Other service. (Specify) ________

MARION COUNTY COURTS SEAL INDIANA

Richard A. Jones
**Attorney for Plaintiff**

7202 N. Shadeland Ave., Ste 214
Address

Indianapolis, IN 46250
Telephone 317-845-9596

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

________
Telephone

Form #209

**Exhibit B**

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ______ day of ______________, 20_____:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, ______________________________

(2) By leaving a copy of the Summons and a copy of the complaint at ______________________________

which is the dwelling place or usual place of abode of ______________________________
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: ______________________________

Sheriff's Costs

______________________________
Sheriff

By: ______________________________
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ______ day of ______________, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, ______________________________, by ______________ mail, requesting a return receipt, at the address furnished by the plaintiff.

______________________________
Clerk, Marion Superior Court

Dated: ______________________________, 20______.

By: ______________________________
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant ______________________ was accepted by the defendant on the ______ day of ______________, 20______.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ______ day of ______________, 20______.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant ______________________ was accepted by ______________________ on behalf of said defendant on the ______ day of ______________, 20______.

______________________________
Clerk, Marion Superior Court

By: ______________________________
Deputy

Cause No. ______________ Room No. ______

Janiece Brooks and Jayden Bond,
Plaintiffs

vs.

Fishers High School, Hamilton Southeastern Schools, Rick Wimmer, et al.
Defendants

# SUMMONS

SUPERIOR COURT ROOM NO. ______

SHERIFF'S COSTS

Richard A. Jones
Attorney for Plaintiff

7202 N. Shadeland Ave, Ste 214
Address

Indpls, IN 46250

Telephone
317-845-9596

49D03-1809-CT-035666
Marion Superior Court, Civil Division 3

Filed: 9/6/2018 11:42 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

# SUMMONS

JONIECE BROOKS

and JAYDEN BOND,

Plaintiff

In the Marion Superior Court, Room No. ______

—vs—

Cause No. ______

FISHERS HIGH SCHOOL, HAMILTON SOUTHEASTERN SCHOOL CORPORATION, aka, HAMILTON SOUTHEASTERN SCHOOL DISTRICT, aka, HAMILTON SOUTHEASTERN SCHOOLS, RICK WIMMER,

Defendant

TO DEFENDANT: (Name) Hamilton Southeastern Schools c/o Registered Agent Justin Hirnisey

(Address) 13485 Cumberland Rd. Fishers, IN 46038

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated 9/6/2018

Myla A. Eldridge (Seal)
Clerk, Marion Superior Court

MARION COUNTY COURTS SEAL INDIANA

**(The following manner of service of summons is hereby designated.)**

______ Registered or certified mail.

______ Service at place of employment, to-wit: ______

______ Service on individual — (Personal or copy) at above address.

X Service on agent. (Specify) Justin Hirnisey 13485 Cumberland Rd, Fishers, IN 46038

______ Other service. (Specify) ______

Richard A. Jones
**Attorney for Plaintiff**

7202 N. Shadeland Ave, Ste 214
Address

Indianapolis, IN 46250
Telephone
317-845-9596

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

______
Telephone

Form #209

**Exhibit C**

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ________ day of ____________________, 20______:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, ______________________________

(2) By leaving a copy of the Summons and a copy of the complaint at ______________________________

which is the dwelling place or usual place of abode of ______________________________ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: ______________________________

______________________________

Sheriff's Costs

Sheriff

By: ______________________________
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ________ day of ____________________, 20______, I mailed a copy of this Summons and a copy of the complaint to the defendant, ______________________________, by ____________________ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: ______________________________, 20______.

By: ______________________________
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant ______________________________ was accepted by the defendant on the ________ day of ____________________, 20______.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ________ day of ____________________, 20______.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant ______________________________ was accepted by ______________________________ on behalf of said defendant on the ________ day of ____________________, 20______.

Clerk, Marion Superior Court

By: ______________________________
Deputy

Cause No. ________ Room No. ________

Janiece Brooks and Jaylan Bond,
Plaintiffs

vs.

Fishers High School, Hamilton Southeastern Schools, Rick Wimmer, et al.
Defendants

## SUMMONS

SUPERIOR COURT ROOM NO. ________

SHERIFF'S COSTS

Richard A. Jones
Attorney for Plaintiff

7202 N. Shadeland Ave. Ste 219
Indpls, IN 46250
Address

317-845-9596
Telephone

49D03-1809-CT-035660
Filed: 9/6/2018 11:42 AM
Myla A. Eldridge
Clerk
Marion County, Indiana
Marion Superior Court, Civil Division 3

# SUMMONS

JONIECE BROOKS

and JAYDEN BOND,

Plaintiff

In the Marion Superior Court, Room No. ______

—vs—

Cause No. ______

FISHERS HIGH SCHOOL, HAMILTON SOUTHEASTERN SCHOOL CORPORATION, aka, HAMILTON SOUTHEASTERN SCHOOL DISTRICT, aka, HAMILTON SOUTHEASTERN SCHOOLS, RICK WIMMER,

Defendant

TO DEFENDANT: (Name) Fishers High School c/o Registered Agent Jason Urban

(Address) 13000 Promise Road Fishers, IN 46038

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated 9/6/2018

Myla A. Eldridge (Seal)
Clerk, Marion Superior Court

MARION COUNTY COURTS SEAL INDIANA

**(The following manner of service of summons is hereby designated.)**

______ Registered or certified mail.

______ Service at place of employment, to-wit: ______

______ Service on individual — (Personal or copy) at above address.

X Service on agent. (Specify) Jason Urban 13000 Promise Rd, Fishers, IN 46038

______ Other service. (Specify) ______

Richard A. Jones
**Attorney for Plaintiff**

7202 N. Shadeland Ave, Suite 214
Address

Indianapolis, IN 46250
Telephone
317-845-9596

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209

**Exhibit D**

## *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ________ day of __________________, 20______:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, ______________________________

(2) By leaving a copy of the Summons and a copy of the complaint at ______________________________

which is the dwelling place or usual place of abode of ______________________________
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: ______________________________

______________________________

______________________________

Sheriff's Costs

______________________________
Sheriff

By: ______________________________
Deputy

## *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the ________ day of __________________, 20______, I mailed a copy of this Summons and a copy of the complaint to the defendant, ______________________________, by __________________ mail, requesting a return receipt, at the address furnished by the plaintiff.

______________________________
Clerk, Marion Superior Court

Dated: ______________________________, 20______.

By: ______________________________
Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant ______________________________ was accepted by the defendant on the ________ day of __________________, 20______.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ________ day of __________________, 20______.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant ______________________________ was accepted by ______________________________ on behalf of said defendant on the ________ day of __________________, 20______.

______________________________
Clerk, Marion Superior Court

By: ______________________________
Deputy

Cause No. ________ Room No. ________

Joniece Brooks and Jaydan Bond,
Plaintiffs

vs.

Fishers High School, Hamilton Southeastern Schools, Rick Wimmer, et al.
Defendants

# SUMMONS

SUPERIOR COURT ROOM NO. ________

SHERIFF'S COSTS

Richard A. Jones
Attorney for Plaintiff

7202 N. Shadeland Ave Ste 214
Address

Indpls, IN 46250

317-845-9596
Telephone

49D03-1809-CT-035666
Marion Superior Court, Civil Division 3
Filed: 9/6/2018 11:42 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA ) MARION COUNTY SUPERIOR COURT
)
) CAUSE NO.
COUNTY OF MARION )
)
JONIECE BROOKS )
and JAYDEN BOND, )
PLAINTIFFS, )
VS. )
)
FISHERS HIGH SCHOOL, )
HAMILTON SOUTHEASTERN )
SCHOOL CORPORATION, aka, )
HAMILTON SOUTHEASTERN )
SCHOOL DISTRICT, aka, )
HAMILTON SOUTHEASTERN )
SCHOOLS, RICK WIMMER, )
DEFENDANTS. )

**APPEARANCE**

Comes now Richard A. Jones, Attorney At Law, and hereby enters his appearance on behalf of the Plaintiffs JONIECE BROOKS and JAYDEN BOND in the above referenced matter. Counsel will accept service by fax.

Respectfully submitted,

/s/Richard A. Jones
Richard A. Jones, Esq., 15200-49
Attorney for Joniece Brooks and Jayden Bond
7202 N. Shadeland Ave., Suite 214
Indianapolis, IN 46250
Ph: 317-845-9596
Fax: 317-845-9597
Email: Rajoneslaw08@aol.com

**Exhibit E**

Filed: 10/8/2018 1:39 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA ) MARION COUNTY SUPERIOR COURT
) SS:
COUNTY OF MARION ) CAUSE NO: 49D03-1809-CT-035666

JONIECE BROOKS
and JAYDEN BOND,

Plaintiffs,

v. Honorable Gary Miller, Judge

FISHERS HIGH SCHOOL,
HAMILTON SOUTHEASTERN
SCHOOL CORPORATION, aka
HAMILTON SOUTHEASTERN
SCHOOL DISTRICT, aka,
HAMILTON SOUTHEASTERN
SCHOOLS, RICK WIMMER,

Defendants.

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

1. The party on whose behalf this form is being filed is:

   Initiating _______ Responding __✓__ Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: Fishers High School, Hamilton Southeastern School Corporation, and Rick Wimmer

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Liberty L. Roberts Atty Number: 23107-49

   Address: CHURCH CHURCH HITTLE + ANTRIM

   10765 Lantern Road, Suite 201

   Fishers, IN 46038

   Phone: 317-773-2190

   FAX: 317-572-1609

   Email Address: LRoberts@cchalaw.com



Exhibit F

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that she is solely responsible for keeping her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No _✓_

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _✓_

6. This case involves a petition for involuntary commitment. Yes ____ No _✓_

7. There are related cases: Yes ____ No _✓_

8. Additional information required by local rule: N/A

9. This form has been served on all other parties and Certificate of Service is attached:

Yes_✓_ No___

10. I have reviewed and discussed the **Commitment to Respect and Civility** with my client and agree to aspire to its goals.

Respectfully submitted,

*/s/ Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Attorney for Defendants
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October 2018, I electronically filed the foregoing with the Clerk of the Court using the Indiana E-Filing System ("IEFS"), and a copy of the foregoing was served upon the following counsel of record:

Richard A. Jones – Rajoneslaw08@aol.com
7202 N. Shadeland Ave., Suite 214
Indianapolis, IN 46250
*Attorney for Plaintiff*

*/s/ Liberty L. Roberts*
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T: (317)773-2190 / F: (317)572-1609
Email: LRoberts@cchalaw.com