UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONIECE BROOKS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Cause No. 1:18-cv-3127-WTL-DML |
| | ) |
| FISHERS HIGH SCHOOL, et al., | ) |
| | ) |
| Defendants. | ) |

### ENTRY ON DEFENDANTS' MOTION TO DISMISS

This cause is before the Court on the Defendants' motion to dismiss (Dkt. No. 13). The Plaintiffs have not responded to the Defendants' motion, and the time for doing so has passed. Therefore, the motion is subject to being summarily granted pursuant to Local Rule 7.1(c)(5).

In any event, the Plaintiffs bring claims against the Defendants for (1) violation of 42 U.S.C. § 1983; (2) negligent training of employee; (3) negligent supervision of employee; (4) negligent retention of employee; and (5) negligent infliction of emotional distress. The Defendants argue that the claims of Plaintiff Joniece Brooks should be dismissed because the allegations specific to Plaintiff Brooks fail to state a claim upon which relief can be granted. The Court agrees; Plaintiff Brooks offers no legal support for the proposition that the facts alleged in the Complaint support a claim under federal or Indiana law by her against the Defendants, as the allegations relate to the Defendants' treatment of her son. Accordingly, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court **GRANTS** the Defendants' motion, and Plaintiff Brooks's claims are **DISMISSED**.

SO ORDERED: 12/21/2018

_William T. Lawrence_

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification