UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JONIECE BROOKS
and JAYDEN BOND,

          Plaintiffs,

              Case No:  1:18-cv-03127-WTL-DML

   v.

FISHERS HIGH SCHOOL,
HAMILTON SOUTHEASTERN
SCHOOL CORPORATION, aka
HAMILTON SOUTHEASTERN
SCHOOL DISTRICT, aka,
HAMILTON SOUTHEASTERN
SCHOOLS, and RICK WIMMER,

          Defendants.

## ORDER GRANTING JOINT MOTION
## TO MODIFY THE CASE MANAGEMENT PLAN

    The parties, by counsel, having filed their *Joint Motion to Modify the Case Management Plan*, and the Court having reviewed same and being duly advised in the premises, now finds said Motion should be GRANTED.

    IT IS THEREFORE ORDERED, that the deadline for discovery be set for September 13, 2019 and that the party with the burden of proof file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based, on or before September 20, 2019.

DATE:_____

                                                Judge, United States District Court
                                                Southern District of Indiana
                                                Indianapolis Division

Distribution:
All Electronically Registered Counsel