UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAYDEN BOND,

        Plaintiff,

v.                                                                  Case No: 1:18-cv-03127-JMS-DML

FISHERS HIGH SCHOOL,
HAMILTON SOUTHEASTERN
SCHOOL CORPORATION, aka
HAMILTON SOUTHEASTERN
SCHOOL DISTRICT, aka,
HAMILTON SOUTHEASTERN
SCHOOLS, and RICK WIMMER,

        Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jayden Bond, and Defendant, Fishers High School, Hamilton Southeastern School Corporation, and Rick Wimmer, by their respective counsels, hereby stipulate to the dismissal of all claims in this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,                                             Respectfully submitted,

*Richard A. Jones* (with permission)                         *Liberty L. Roberts*
Richard A. Jones                                                           Liberty L. Roberts
The Law Office of Richard A. Jones                          CHURCH CHURCH HITTLE + ANTRIM
7202 N. Shadeland Ave., Suite 214                           Two North Ninth Street
Indianapolis, IN 46250                                                Noblesville, IN 46060
Phone: 317-845-9596                                                  Phone: 317-773-2190
Rajoneslaw08@aol.com                                             LRoberts@cchalaw.com
*Attorney for Plaintiff*                                                  *Attorney for Defendants*